JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

*Receipt 114689*

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**B-00-121**

## I (a) PLAINTIFFS

Paul H. Spell

## DEFENDANTS

F/V CAPTAIN KENNY, Official No. 583095, her engines, nets, tackle, etc., in rem, and SEA HARBOR FISHERIES, INC., in personam

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Cameron__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, TX 78521

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

☐ 1 U.S. Government
     Plaintiff

☐ 2 U.S. Government
     Defendant

☐ 3 Federal Question
     (U.S. Government Not a Party)

☐ 4 Diversity
     (Indicate Citizenship of
     Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX
(For Diversity Cases Only)                FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)   Plaintiff's claim is in admiralty and maritime within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and is brought pursuant to 46 U.S.C.A. 31325 et seq.  Plaintiff seeks to foreclose his First Preferred Mortgage and all other relief.

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

☒ 1 Original
     Proceeding

☐ 2 Removed from
     State Court

☐ 3 Remanded from
     Appellate Court

☐ 4 Reinstated or
     Reopened

☐ 5 Transferred from
     another district
     (specify)

☐ 6 Multidistrict
     Litigation

☐ 7 Appeal to District
     Judge from
     Magistrate
     Judgment

## VII. REQUESTED IN
## COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

## VIII. RELATED CASE(S)
## IF ANY

(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE   8/7/00

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 7 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAUL H. SPELL, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | B-00-121 |
| F/V CAPTAIN KENNY, Official | § | CIVIL ACTION NO. _____ |
| No. 583095, her engines, nets, | § | |
| tackle, apparel, and furniture, | § | |
| in rem, and SEA HARBOR | § | |
| FISHERIES, INC., in personam, | § | |
| Defendants | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW PAUL H. SPELL, Plaintiff herein, complaining of the Fishing Vessel CAPTAIN KENNY, Official No. 583095, her engines, nets, tackle, apparel, and furniture, in rem, and SEA HARBOR FISHERIES, INC., in personam, Defendants herein, and for cause of action would respectfully show unto the Court the following:

I.

### PARTIES

1) Plaintiff, PAUL H. SPELL, is a resident of Brownsville, Texas.

2) Defendant, SEA HARBOR FISHERIES, INC., is a Texas corporation, having its principal place of business at 3077 S. Buckingham, Brownsville, Texas 78521, and may be served with

---

Plaintiffs' Original Complaint

process by serving its registered agent, Elvia Perez, at 907 Hallam

No. 7, Laguna Vista, Texas  78578.

II.

JURISDICTION AND VENUE

3)    This is a case of involving the admiralty and maritime

jurisdiction of this Court as more fully appears hereafter, and

Plaintiff's claim is in admiralty and maritime within the meaning

of Rule 9(h) of the Federal Rules Of Civil Procedure, which is

brought pursuant to 28 U.S.C.A. 1333 (Admiralty Jurisdiction)and 46

U.S.C.A.  31325  et  seq.  (Enforcement  Of  Maritime  Preferred

Mortgages.)

4)    Venue is proper in this District and Division because

this is the District and Division in which all of the events giving

rise  to  the  claim  occurred.    This  is  the  District  where  the

Defendant does business and where the Defendant Vessel is located.

III.

FACTS OF THE CASE

5)    Plaintiff, PAUL H. SPELL, is the holder of a Preferred

Ship's Mortgage covering the whole of the fishing vessel, CAPTAIN

KENNY, Official No. 583095, which Mortgage secures a Promissory

Note in the original principal amount of SIXTEEN THOUSAND TWO

HUNDRED ONE AND 40/100 DOLLARS ($16,201.40), and which Mortgage was

duly recorded in the office of the United States Coast Guard,

Plaintiffs' Original Complaint

Houston, Texas.  True and correct copies of said Note and Mortgage are attached hereto as EXHIBITS A and B and incorporated by reference as if fully copied and set forth verbatim.

6)   On April 13, 1999, a Default Judgment was granted in Civil Action No. B-98-99 in favor of Plaintiff, PAUL H. SPELL, against the Defendant, SEA HARBOR FISHERIES, INC., in the principal amount of TEN THOUSAND EIGHT HUNDRED NINETY-NINE AND 96/100 DOLLARS ($10,899.96), together with interest in the amount of FOUR THOUSAND SEVEN HUNDRED SIXTY-SIX AND 49/100 DOLLARS ($4,766.49) as of March 27, 1999, which interest continues to accrue at the rate of FIVE and 38/100 DOLLARS ($5.38) per day.  A copy of said Default Judgment is attached hereto as EXHIBIT C and incorporated by reference herein. Defendant, SEA HARBOR FISHERIES, INC., has refused and neglected to pay the amount of the Judgment, and, therefore, Plaintiff as the holder and owner of the underlying Note and Mortgage is, therefore, entitled to foreclosure of the mortgage against said vessel in rem and to all pertinent relief.

IV.

ATTORNEYS' FEES

7)   Plaintiff would further show the court that by reason of the Defendant's willful and wrongful refusal to pay said just amount, Plaintiff has been required to retain the services of the

---

Plaintiffs' Original Complaint

undersigned attorney and is entitled to recoup reasonable attorney's fees in connection with the collection of said Notes.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays:

A. that process in due form of law be issued against the Defendant, SEA HARBOR FISHERIES, INC., in personam, and the Vessel, CAPTAIN KENNY, her engines, tackle, apparel, etc. and all other necessaries thereunto belonging and appertaining, in rem, and that any person claiming any right, title or interest in said Vessel be cited to appear and answer this Complaint;

B. that the Preferred (Ship's) Mortgage of Plaintiff be foreclosed, and the Defendant Vessel, CAPTAIN KENNY, her engines, tackle, apparel, etc., be arrested, condemned and sold to pay the said amounts due to Plaintiff, together with interest thereon from the dates due, and all expenses of collection, including attorney's fees and costs;

C. that Plaintiff have judgment against the Defendant SEA HARBOR FISHERIES, INC. in the event of a deficiency resulting from the foreclosure of the Vessel and subsequent sale of same at a price insufficient to extinguish all indebtedness and related expenses and charges;

D. that Plaintiff have post judgment interest as provided by law and costs of suit;

---

E.   that Plaintiff have such other and further relief to which he may be justly entitled.

Respectfully submitted,

By: _____
Dennis Sanchez
State Bar No. 17569600
Fed. Admn. #1594

OF COUNSEL:

SANCHEZ, WHITTINGTON, JANIS
   & ZABARTE, L.L.P.
Dennis Sanchez, Fed ID #1594
100 North Expressway 83
Brownsville, Texas  78521
Telephone:    (956) 546-3731
Fax:          (956) 546-3765/66

ATTORNEYS FOR PLAINTIFF

---

Plaintiffs' Original Complaint

## VERIFICATION

THE STATE OF TEXAS   §

COUNTY OF CAMERON    §

BEFORE ME, the undersigned authority, on this day personally

appeared, PAUL H. SPELL, who, being by me first duly sworn,

deposed and said:

"My name is Paul H. Spell. I am the Plaintiff in the above
and foregoing entitled and numbered action. I have read the
foregoing Complaint and the contents thereof are true and correct
to the best of my own personal knowledge and belief."

FURTHER AFFIANT SAITH NOT.

PAUL H. SPELL


SWORN TO AND SUBSCRIBED BEFORE ME by the said, PAUL H. SPELL,
TO CERTIFY WHICH witness my hand and seal of office this _____ day
of May, 2000.

Notary Public in and for the
State of Texas

My Commission Expires:

Case 1:00-cv-00121   Document 1   Filed in TXSD on 08/07/2000   Page 8 of 15

## PROMISSORY NOTE

$16,201.40                 Brownsville, Texas            June 10, 1991

FOR VALUE RECEIVED, Sea Harbor Fisheries, Inc., a Texas Corporation, promises to pay to the order of Paul H. Spell, at 10 Draper Drive, Brownsville, Texas the sum of SIXTEEN THOUSAND TWO HUNDRED AND ONE AND 40/100 ($16,201.40) DOLLARS, lawful money of the United States of America, bearing interest at 10% per annum from June 10, 1991 payable in monthly installments of principal and interest of $1,000.00 each due on or before August 18, September 18, October 18, November 18, and December 18, 1991, January 18, 1992, and August 18, 1992, and continuing on or before the 18th day of each month thereafter until paid in full.

It is specifically agreed that if default should be made in any payment due hereon or if there is a default in any of the terms, covenants, or provisions set forth in the preferred ship mortgage, of even date herewith, or should any maker, endorser, surety or guarantor hereof become insolvent or commit an act of bankruptcy or make an assignment for benefit of creditors or authorize the filing of or file a voluntary petition of bankruptcy or should a receiver of any of their property be appointed, or should bankruptcy proceedings be filed or threatened against any maker, endorser, surety or guarantor hereof, then in any such event, at the option of the legal holder hereof at any time thereafter without demand or notice, the unpaid balance of this note shall mature and it shall at once become due and payable.

It is further agreed that if suit is brought upon this note or if this note should be placed in the hands of an attorney for collection, or if collected through the probate or bankruptcy court, then in any of said events, the makers, endorsers, and guarantors hereof promise to pay the legal holder's reasonable attorneys' fees.

The makers, endorsers, sureties and guarantors hereof and all others who may become liable for all or any part of this obligation severally waive grace, demand, notice of acceleration of maturity, presentment for payment, protest, notice of protest and of dishonor, and diligence in taking any action with respect to any security for the collection for any sums owing herein, and consent to and waive notice of any and all renewals, extensions and/or rearrangements hereof and to the release of all of any part of the security hereof for any part liable hereon upon any terms deemed by the holder hereof, at its sole discretion, to be adequate. Any such renewal, extension or rearrangement, or the release of any such security or party, may be made without notice to any party liable hereon without affecting their liability. It is also agreed that the exercise of any right or remedy conferred upon any holder hereof in this note, or in any document securing this note, shall be wholly discretional with such holder, and such exercise of, or failure to exercise, any such right or remedy shall not in any manner affect, impair or diminish the obligations and liabilities of any party liable hereon, or be

-2-



deemed a waiver of any such right or remedy or any other past, present or future right or remedy of any holder hereof.

All past due principal and interest on this note shall bear interest from maturity thereof until paid, at the maximum rate permitted by law.

This note may be pre-paid without penalty on the 18th day of any month when an installment hereunder is due.

This note is secured by a preferred ship mortgage to be filed in the documentation office of the United States Coast Guard at the Port of Houston, Texas, from Sea Harbor Fisheries, Inc., mortgagor, to Paul H. Spell, Brownsville, Texas, mortgagee, covering a typical fishing vessel of American registry identified as follows:

```
Name of Vessel:     CAPTAIN KENNY (ex-BIG BEND)
Official No.:       583095
Of Brownsville, Texas
of 101 gross tons and 68 net tons.
```

SEA HARBOR FISHERIES, INC.

By: _____
    Elvia Perez, President

TMB/igm
Sea Harbor

-3-

Official No. __583095__

𝕿𝖍𝖎𝖘 ~~𝕱𝖎𝖗𝖘𝖙~~ SECOND 𝕻𝖗𝖊𝖋𝖊𝖗𝖗𝖊𝖉 𝕸𝖔𝖗𝖙𝖌𝖆𝖌𝖊, on the vessel(s) - CAPTAIN KENNY

dated __June 10,__ 19 91

Amount of Mortgage $ __16,201.40__

Maturity Date __August 18__ 19 93

and made by __Sea Harbor Fisheries, Inc.__ __(100% Mortgagor)__

__3077 S. Buckingham, Brownsville, Texas 78521__

(hereinafter called "Owner"), to __Paul H. Spell,__ __(100% Mortgagee)__

__10 Draper Drive, Brownsville, Texas 78521__ (hereinafter called "Mortgagee").

## WITNESSETH:

WHEREAS, the maker, Mortgagor herein, is the sole owner of the whole of the vessel (if more than one vessel is mortgaged hereunder, the term "vessel" means each such vessel) hereinafter named and described, and is justly indebted to the Mortgagee, as evidenced by promissory note dated __June 10,__ 19 91 in the principal amount of $ __16,201.40__ payable to the order of Mortgagee as follows:

as set out therein

EIGHTH COAST GUARD DISTRICT
PORT OF HOUSTON, TEXAS
RECEIVED FOR RECORD ON [MAR 0 9 1999]
AT __8:58 AM__ o'clock AND RECORDED
IN BOOK NO. __PM255__ INST. __109__

[signature]

Vessel Documentation Specialist

and has agreed to give this Mortgage as security, and has authorized and directed the execution and delivery hereof.
NOW, THEREFORE, in consideration of the premises and for other good and valuable considerations, receipt of all of which is hereby acknowledged, and to secure payment of said indebtedness and interest and other sums that hereafter may become due pursuant hereto and the performance of all covenants hereof, Owner by these presents mortgages and conveys unto Mortgagee, its successors and assigns, the whole of the __oil screw__ (Type of Vessel) named below and further described in her (their) last marine document(s) issued and identified as follows:

| Name | Home Port | Official Number | Gross Tons | Net Tons |
|---|---|---|---|---|
| CAPTAIN KENNY | BROWNSVILLE, TEXAS | 583095 | 101 | 68 |
| Enrollment Number | Place Issued | Date Issued | | |

together with all masts, boilers, cables, engines, machinery, bowsprit, sails, rigging, boats, anchors, chains, tackle, apparel, furniture, fittings, tools, pumps, equipment and supplies, and all fishing and other appurtenances and accessories and additions, improvements and replacements now or hereafter belonging thereto, whether or not removed therefrom, all of which shall be deemed to be included in the term "vessel" herein, and said document(s) being deemed included herein by reference;
TO HAVE AND TO HOLD all and singular the above described vessel unto Mortgagee, its successors and assigns, forever;
PROVIDED, HOWEVER, that if Owner, his heirs, executors, administrators or its successors or assigns shall perform and observe all and singular the terms, covenants and agreements herein, then this Mortgage shall cease, otherwise to remain in full force and effect.
Nothing herein shall be deemed or construed to subject to the lien hereof any property other than a vessel as the term is used in the Ship Mortgage Act, 1920.
Owner agrees to pay said indebtedness with interest thereon as herein and in said note provided, and to perform and observe the further terms, covenants and agreements herein, and to hold the vessel subject thereto.

## ARTICLE I.— Particular Covenants of Owner

Owner covenants as follows:

1. Owner is and shall continue to be a citizen of the United States entitled to own and operate the vessel under her marine document, which Owner shall maintain in full force and effect; and all action necessary for the execution, delivery and validity hereof and of the good faith affidavit filed herewith and of said note has been duly taken. If a corporation, Owner is duly organized and is and shall continue in good standing under the laws of the State of __Texas__ and authorized to do business in any other State wherein

## ARTICLE III. — *Possession Until Default*

Until one or more of the events of default hereinbefore described, Owner shall be permitted to retain actual possession and use of the vessel.

## ARTICLE IV. — *Sundry Provisions*

All covenants and agreements of Owner herein contained shall bind Owner, his heirs, executors, administrators and assigns, or its successors and assigns, and shall inure to the benefit of Mortgagee and its successors and assigns. Following any assignment hereof, any reference herein to "Mortgagee" shall be deemed to refer to the assignee. If more than one person is the Owner herein, "his" shall mean "their."

FUTURE ADVANCES   This mortgage is executed for the purpose of securing not only the payment of the above described note but also to secure all future advances made by the holder of said note to the mortgagor; and said mortgage shall remain in full force and effect to secure all future advances and all renewals or extensions of the above described note.

IN WITNESS WHEREOF, on the day and year first above written, Owner has executed this Mortgage or, if a corporation, has caused this Mortgage to be executed in its name and its corporate seal to be affixed hereto by its proper officers thereunto duly authorized.

Sea Harbor Fisheries, Inc.

By: *Elvia Perez*

Elvia Perez, President

### ACKNOWLEDGMENT

State of Texas            §
                          §
Cameron County            §

This instrument was acknowledged before me on this 27th day of September, 1991 by Elvia Perez, President of Sea Harbor Fisheries, Inc., a Texas Corporation, on behalf of said corporation.



SALOME T. GARZA
Notary Public, State of Texas
My Commission Expires 04-19-95

_____
Notary Public in and for the
State of Texas

My Commission Expires: 4/19/95

### AFFIDAVIT AS TO GOOD FAITH LIENS, ETC.

STATE OF _____ COUNTY OF _____ ss.:

being (severally) duly sworn, depose(s) and say(s) that he is (they are) the individual Mortgagor(s)

_____ of _____ the corporation described in and who (which) executed the foregoing mortgage; and that the said mortgage is made in good faith and without any design to hinder, delay, or defraud any existing or future creditors of the Mortgagor or any lienor of the mortgaged vessel(s). There are no liens, encumbrances, charges or mortgages outstanding against said vessel, other than the lien of the foregoing mortgage.

If Mortgagor is a corporation, this affidavit is made pursuant to authority of its Board of Directors.

Subscribed and sworn to before

THE STATE OF TEXAS          §
                            §
COUNTY OF CAMERON           §

    I, Salome T. Garza, Notary Public in and for the State of Texas, hereby affirm that the date of execution by Elvia Perez, President of Sea Harbor Fisheries, Inc., of the Second Preferred Mortgage, originally dated June 10, 1991, corresponds with the date of acknowledgment of September 27, 1991.



SALOME T. GARZA
Notary Public, State of Texas
My Commission Expires 04-19-95

Salome T. Garza
Notary Public in and for
The State of Texas
My Commission Expires: 04/19/95

*10*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

**APR 1 3 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL H. SPELL, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| F/V CAPTAIN KENNY, Official | § | CIVIL ACTION NO. B-98-99 |
| No. 583095, her engines, nets, | § | |
| tackle, apparel, and furniture, | § | |
| in rem, and SEA HARBOR | § | |
| FISHERIES, INC., in personam, | § | |
| Defendants | § | |

## DEFAULT JUDGMENT

CAME ON TO BE CONSIDERED on the *13* day of April, 1999, the Plaintiff's

Motion for Entry of Default Judgment against the Defendant, Sea Harbor Fisheries, Inc., *in*

*personam*. This Court notes that the Defendant, Sea Harbor Fisheries, Inc., was properly served

by serving its registered agent, Elvia Perez, and that service was effected upon said Defendant on

July 9, 1998 and July 10, 1998. This Court further finds that the Defendant, Sea Harbor

Fisheries, Inc., has failed to make an appearance or otherwise answer in this lawsuit, and that said

Defendant is therefore in default. It is therefore,

ORDERED, that a Default Judgment be and is hereby granted against the Defendant, Sea

Harbor Fisheries, Inc., in the principal amount of TEN THOUSAND EIGHT HUNDRED

NINETY-NINE and 96/100 DOLLARS ($10,899.96), together with interest in the amount of

FOUR THOUSAND SEVEN HUNDRED SIXTY-SIX and 49/100 DOLLARS ($4,766.49) as of

---

L:\DATA\D16\16648\Default Judgment

APR 1999
RECEIVED

Page 1

EXHIBIT C

March 27, 1999, which interest continues to accrue at the rate of FIVE and 38/100 DOLLARS ($5.38) per day. It is further,

ORDERED, that Plaintiff is entitled to recover its reasonable attorneys' fees in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500.00).

Execution shall issue for the enforcement of this judgment.

DONE at Brownsville, Texas this 13 day of April, 1999.

_____
Hon. Hilda Tagle
United States Magistrate Judge

L:\DATA\D16\16648\Default Judgment