IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 07 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAUL H. SPELL, § | |
| Plaintiff, § | |
| § | |
| VS. § | B-00-121 |
| § | CIVIL ACTION NO. _____ |
| F/V CAPTAIN KENNY, Official § | |
| No. 583095, her engines, nets, § | |
| tackle, apparel, and furniture, § | |
| in rem, and SEA HARBOR § | |
| FISHERIES, INC., in personam, § | |
| Defendants § | |

## AGREEMENT OF INDEMNITY

Plaintiff, PAUL H. SPELL, a resident of Brownsville, Cameron County, Texas, hereby agrees to indemnify and hold harmless the U. S. Marshal of the Southern District of Texas, United States of America, any deputy, agent, servant, employee and the surety or sureties on the official bond of said U. S. Marshal, from and against all claims, demands and causes of action, direct or indirect, of every kind and character whatsoever, arising, directly or indirectly, by reason of the service of a Warrant of Arrest of the Vessel CAPTAIN KENNY, Official No. 583095, the subsequent redelivery of possession of the subject Vessels to the care and custody of Marine Salvage & Services, Inc. at its facility in Port Isabel, Texas, and agrees to reimburse the aforesaid, or any of

Agreement of Indemnity
Paul H. Spell  v. Sea Harbor Fisheries, Inc., et al.

Agr of Indemnity                                                                 Page 1

them, for all expenses, including reasonable attorney fees incurred in defending against any such claim, demands or causes of action.

EXECUTED this 4th day of May, 2000.

_____
PAUL H. SPELL

## ACKNOWLEDGMENT

THE STATE OF TEXAS §

COUNTY OF CAMERON §

This instrument was acknowledged before me on the 4th day of May, 2000 by PAUL H. SPELL.

_____
Notary Public in and for the
State of Texas

My Commission Expires:

Agreement of Indemnity
Paul H. Spell v. Sea Harbor Fisheries, Inc., et al.

Agr of Indemnity                                              Page 2