United States District Court
Southern District of Texas
FILED

AUG 0 7 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL H. SPELL, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | B-00-121 |
| F/V CAPTAIN KENNY, Official | § | CIVIL ACTION NO. _____ |
| No. 583095, her engines, nets, | § | |
| tackle, apparel, and furniture, | § | |
| in rem, and SEA HARBOR | § | |
| FISHERIES, INC., in personam, | § | |
| Defendants | § | |

### MOTION FOR ARREST AND SEIZURE OF VESSEL AND APPOINTMENT OF SUBSTITUTE CUSTODIAN

TO THE HONORABLE JUDGE OF SAID COURT:

WHEREAS, a Complaint for the foreclosure of a certain Second Preferred Mortgage which has heretofore been filed by the Plaintiff herein, PAUL H. SPELL, is now pending in the above-entitled and numbered cause; and

WHEREAS, the Plaintiff desires that the Defendant Vessel, CAPTAIN KENNY, Official No. 583095, be seized by the United States Marshal for the District pursuant to a Writ of Seizure; and

WHEREAS, the Plaintiff herein desires to minimize costs in regard to the custody and care of said Vessel during the pendency of this suit, and to that end desires that Defendant Vessel be seized and subsequently released into the care and custody of MARINE SALVAGE & SERVICES, INC., which shall move said Vessel to

its facilities in Port Isabel, Texas, with the request that MARINE SALVAGE & SERVICES, INC., acting as the Court's Custodian, maintain the integrity of the Defendant Vessel, her engines, tackle, apparel, furniture, etc., without prejudice to the claim or rights of any parties or to the Court's jurisdiction and custody of the Vessel and of this proceeding pending final determination of the above cause; and

WHEREAS, Plaintiff has heretofore arranged to secure adequate hull and liability insurance to protect the subject Vessel from any subsequent risks. In view of the foregoing, Plaintiff feels that he would be adequately protected in the event of a loss to the hull and machinery of the vessel.

NOW, THEREFORE, Plaintiff respectfully prays:

1)   That this Honorable Court order the seizure of the Defendant Vessel, CAPTAIN KENNY, Official No. 583095, by the United States Marshal for the District, and that said Marshal shall relinquish custody and control of said Vessel to MARINE SALVAGE & SERVICES, INC., which shall cause said Vessel to remain under its care, custody, and control under the jurisdiction and in the custody of this Court pending final determination of this cause;

2)   That MARINE SALVAGE & SERVICES, INC. during the term and period prescribed, be the keeper and custodian of the said Vessel, her engines, tackle, apparel, furniture, etc. for the above-

entitled Court, preserving at all times the integrity of the Vessel and the continuing jurisdiction of this Honorable Court;

3) That this Court retain custody of the Vessel through the custodian above named; the Custodian insuring that there is adequate hull and liability insurance, naming the U. S. Marshal and Plaintiff as additional insureds.

4) That the Substitute Custodian, MARINE SALVAGE & SERVICES, INC., be allowed to move the Defendant Vessel to its facility located at Port Isabel, Cameron County, Texas as soon as is practicable.

5) That said Custodian make the Defendant Vessel available to the Court and the United States Marshal at least one (1) week before any Marshal's Sale which may be subsequently ordered;

6) That said Custodian surrender said Vessel to any purchaser at a subsequent foreclosure sale; and

7) That this Motion in all things be granted.

                                    Respectfully submitted,

BY: _____
     Dennis Sanchez
     ATTORNEY FOR PLAINTIFF
     Federal ID No. 1594
     TX State Bar No.: 17569600

OF COUNSEL:

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P.
Dennis Sanchez Fed. ID #1594
100 North Expressway 83
Brownsville, Texas 78521
Tel: (956) 546-3731
Fax: (956) 546-3765/66