IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL H. SPELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-121 |
| | § | |
| F/V CAPTAIN KENNY, Official | § | |
| No. 583095, her engines, nets, tackle, | § | |
| apparel, and furniture, in rem, and | § | |
| SEA HARBOR FISHERIES, INC., | § | |
| in personam, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF NOTICE

The Court **ORDERS** Plaintiff, PAUL H. SPELL, to provide notice of this civil action pursuant to 46 U.S.C. § 31325(d)(1). A copy of the complaint and a copy of the order to arrest the vessel F/V CAPTAIN KENNY shall be sent by certified mail to:

(a) the master or individual in charge of the vessel;

(b) any person that recorded under Title 46 U.S.C. § 31343(a) or (d) a notice of a claim of an undischarged lien on the vessel; and

(c) a mortgagee of a mortgage filed or recorded under Title 46 U.S.C. § 31321 that is an undischarged mortgage on the vessel.

DONE at Brownsville, Texas, this ___9___ day of August 2000.

_____
Hilda G. Tagle
United States District Judge