

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 7 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PAUL H. SPELL, § | |
|     Plaintiff, § | |
| § | |
| VS. § | |
| § | |
| F/V CAPTAIN KENNY, Official § | CIVIL ACTION NO. B-00-121 |
| No. 583095, her engines, nets, § | |
| tackle, apparel, and furniture, § | |
| in rem, and SEA HARBOR § | |
| FISHERIES, INC., in personam, § | |
|     Defendants § | |

## PLAINTIFF'S MOTION FOR NON-SUIT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Plaintiff, PAUL SPELL, and files this his Motion for Non-Suit of the above-styled and numbered cause, and in support thereof would respectfully show unto the Court as follows:

I.

Plaintiff filed the above-styled and numbered cause on August 7, 2000 against the Vessel CAPTAIN KENNY, Official No. 583095, *in rem,* and its owner, Harbor Fisheries, Inc., *in personam.* The Vessel CAPTAIN KENNY was seized by the U.S. Marshal for the District and remanded to the custody and care of the Court appointed Substitute Custodian, MARINE SALVAGE & SERVICES, INC., pursuant to an Order to Arrest Vessel and Appoint Substitute Custodian.

II.

Subsequent to the arrest of the Defendant Vessel, Defendant, Sea Harbor Fisheries, Inc., has initiated negotiations with the Plaintiff toward a settlement of the matter. By virtue of the foregoing, Plaintiff, at the present time, does not desire to pursue the causes of action alleged in the Original Complaint.

III.

The parties, therefore, would request this Court to con-suit the above-styled and numbered cause without prejudice against Plaintiff to file any same or similar suit, with court costs being assessed against the Defendant.

Respectfully submitted,

By: /s/ Dennis Sanchez
Dennis Sanchez
State Bar No. 17569600
Fed. I.D. 1594
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or (956) 546-3766

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was provided to the Defendant, Sea Harbor Fisheries, Inc., by personal delivery on the 17th day of August, 2000.

/s/ Dennis Sanchez
Dennis Sanchez