# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Paul H. Spell | B-00-121 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| F/V CAPTAIN KENNY, Official #583095, her engines, tackle, etc. in rem, and SEA HARBOR FISHERIES, INC., in personam | Order to Arrest & Appt Sub. Custodian |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

F/V CAPTAIN KENNY, #583095, through her master, other ranking officer or caretaker

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Zimco Marine, Inc., Port Isabel, TX

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dennis Sanchez
SANCHEZ, WHITTINGTON, JANIS & ZABARTE
100 North Expressway 83
Brownsville, TX 78521

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

United States District Court
Southern District of Texas
FILED
AUG 18 2000
Michael N. Milby
Clerk of Court

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please release the Vessel F/V CAPTAIN KENNY, Official No. 583095, into the custody of MARINE SALVAGE & SERVICES, INC., which shall remove said vessel from Zimco Marine, Inc. and relocate said vessel at the facility of MARINE SALVAGE & SERVICES, INC., in Port Isabel, TX.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 956/546-3731
DATE: 8/17/00

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 079 | District to Serve No. 079 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
|  | 1 |  |  |  |  |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

**WILLIAM KENNON**

Address (complete only if different than shown above)

416 SOUTH SHORE
PORT ISABEL, TEXAS

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 08/16/2000
Time: 4:00 pm

Signature of U.S. Marshal or Deputy: Mark Walker

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $40.00 | -0- | -0- | $40.00 | -0- | $40.00 | -0- |

**REMARKS:** THE F/V CAPTAIN KENNY WAS SEIZED AT THE SHRIMP TURNING BASIN BROWNSVILLE, TX. AND RELEASED TO WILLIAM KENNON OF MARINE SALVAGE AND SERVICE. MILEAGE WAS CHARGED ON THE USM-285 COVERING THE VESSELS SEIZURE. 1 DUSM.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|