| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Paul H. Spell | COURT CASE NUMBER<br>B-00-121 |
|---|---|
| DEFENDANT F/V CAPTAIN KENNY, Official #583095, her engines, tackle, etc. in rem, and SEA HARBOR FISHERIES, INC., in personam | TYPE OF PROCESS<br>Warrant of Seizure |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V CAPTAIN KENNY, #583095, through her master, ranking officer or caretaker

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Zimco Marine, Port Isabel, TX

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dennis Sanchez
SANCHEZ, WHITTINGTON, JANIS & ZABARTE
100 North Expressway 83
Brownsville, TX  78521

| Number of process to be served with this Form - 285 | |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

United States District Court
Southern District of Texas
FILED
AUG 18 2000
Michael N. Milby
Clerk of Court

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please seize the fishing vessel CAPTAIN KENNY, Official No. 583095, at Zimco Marine (we believe vessel is currently on railway)

| Signature of Attorney or other Originator requesting service on behalf of: <br>[X] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>956/546-3731 | DATE<br>8/14/00 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 079 | District to Serve No. 079 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [XX] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | [ ] A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above)<br>SHRIMP TURNING BASIN BROWNSVILLE, TEXAS | Date of Service<br>08/16/2000 | Time<br>4:00 pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy<br>Mark Walker | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $40.00 | $9.75 | -0- | $49.75 | -0- | $49.75 | -0- |

REMARKS: THE VESSEL WAS LOCATED WHILE MOORED AT THE SHRIMP TURNING BASIN BROWNSVILLE, TX. THE VESSEL WAS UNATTENDED. THE VESSEL WAS BOARDED AN SEIZED. DEPUTY WALKER SPOKE TO THE OWNER, MR. PEREZ, VIA CELLULAR PHONE. MR. PEREZ STATED HE WAS TRAVELING TO HOUSTON AND WAS NOT AVAILABLE TO RECEIVE THE PROCESS. THE VESSEL WAS RELEASED PRIOR TO MR. PEREZ BEING SERVED. 30 MILES ROUND TRIP MILEAGE. 1 DUSM.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|