| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Paul H. Spell | COURT CASE NUMBER<br>B-00-121 |
|---|---|
| DEFENDANT  F/V CAPTAIN KENNY, Official #538095, in rem, and<br>SEA HARBOR FISHERIES, INC., in personam | TYPE OF PROCESS<br>Release of Vessel |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V CAPTAIN KENNY, Official #583095, through her master, ranking officer or caretaker

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
MARINE SALVAGE & SERVICES, INC., 416 W. South Shore Drive
Port Isabel, TX 78578

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dennis Sanchez
SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, TX 78521

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

United States District Court
Southern District of Texas
FILED
AUG 3 0 2000
Michael N. Milby
Clerk of Court

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please release the fishing vessel CAPTAIN KENNY, Official No. 583095, unto her owner SEA HARBOR FISHERIES, INC. or designated master.

Signature of Attorney or other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 956/546-3731
DATE: 8/17/00

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 079 | District to Serve<br>No. 079 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [XX] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above)
**Bill Kennon**

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 08/17/2000   Time: 4:55 pm

Signature of U.S. Marshal or Deputy
Mark Walker

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $40.00 | -0- | -0- | $40.00 | -0- | $40.00 | -0- |

REMARKS: 08/17/2000. 04:55 PM. Letter from attorney Dennis Sanchez authorizing release of the F/V Captain Kenny was FAXED to Bill Kennon, Marine Salvage and Service. Release of the vessel was verified via telephone. 1 DUSM. NO MILEAGE. MW

PRIOR EDITIONS MAY BE USED       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)