11

## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL H. SPELL, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-121 |
| | § § | |
| F/V CAPTAIN KENNY, Official No. 583095, her engines, nets, tackle, apparel, and furniture, in rem, and SEA HARBOR FISHERIES, INC., in personam, | § § § § § § | |
| Defendants. | § § | |

## ORDER

BE IT REMEMBERED that on October 17, 2000, the Court **GRANTED** Plaintiff's Motion for Non-Suit [Dkt. No. 7] and **DISMISSED** the action without prejudice.

DONE at Brownsville, Texas, this 17th day of October 2000.

Hilda G. Tagle
United States District Judge